IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CV-00600-M

ROBERT PAUL SHARPE,

 Plaintiff,

v.

SPARK et al.,

 Defendants.

ORDER

This matter comes before the court on Appellant's "Motion for Application of Fourth Circuit Granting and Determining in Forma Pauparis." DE 40. For the reasons explained below, that motion is DENIED, and this appeal is DISMISSED WITHOUT PREJUDICE. Appellant's Motion to Amend Complaint, DE 41, is therefore DENIED AS MOOT.

On July 15, 2024, Appellant filed a notice of appeal, in which he challenges an order of the Bankruptcy Court that dismissed an adversary proceeding. DE 1 at 1. On August 14, 2024, the Bankruptcy Judge recommended that this court dismiss the appeal because Appellant never paid the requisite filing fee for his appeal. DE 12 at 2. The court, instead of dismissing the appeal, offered Appellant the opportunity "to either (1) pay the filing fee for [the] appeal or (2) show cause why the court should waive payment of the fee[]." DE 15 at 3-4.

Appellant thereafter responded to the court's show cause order in a manner that did "not substantially comply with the court's [] order." DE 17 at 1. "Nevertheless, and out of an abundance of caution, the court" declined to dismiss the appeal and instead "grant[ed] Appellant leave to file his [in forma pauperis] affidavit and statement of assets under seal." *Id.* Appellant did so. DE 20.

Magistrate Judge Robert B. Jones, Jr. then reviewed that filing and recommended that the court deny Appellant in forma pauperis status. DE 26 at 1, 3. Appellant objected. *See* DE 27.

On January 14, 2025, in an order inadvertently filed ex parte, the court adopted the recommendation of Judge Jones, denied Appellant leave to proceed in forma pauperis, and ordered Appellant to "pay the filing fee associated with this matter on or before January 17, 2025." DE 28 at 2. The court further warned Appellant that his "[f]ailure to do so will subject this appeal to dismissal." *Id.* On January 22, 2025, Appellant had not paid his filing fees, so the court dismissed the matter consistent with its January 14 order. DE 29. On January 27, Appellant filed a Notice of Appeal and sought the Fourth Circuit's review of this court's order dismissing the case. DE 31.

On January 31, following appeal to the Fourth Circuit, this court realized its mistake in filing the January 14 order ex parte, and it requested "leave of the Fourth Circuit to (1) vacate its order dismissing this action (DE 29), (2) vacate its (inadvertently ex parte) order adopting the [M&R] of Magistrate Judge Robert B. Jones, Jr. (DE 28), and (3) *reenter that order* such that both parties may have access to it and notice of its contents." DE 35 at 1 (emphasis added). On September 2, 2025, the Fourth Circuit issued an unpublished opinion recognizing this court's intention to "vacat[e] the dismissal order, vacat[e] the fee order, and *reenter[] the fee order* with notice to the parties," and "remand[ing] the case to the district court for further proceedings." DE 29 at 2 (emphasis added). The Fourth Circuit, additionally, granted Appellant's motion to proceed in forma pauperis in his appeal to the Fourth Circuit. DE 29 at 2. On September 24, the Fourth Circuit issued its mandate. DE 38.

Two days later, on September 26, consistent with the Fourth Circuit's opinion and mandate, this court "reenter[ed] the fee order," DE 29 at 2, and ordered Appellant to pay his filing fee on or before October 3, 2025, DE 39. Appellant did not pay his filing fee; instead, on October 3, he filed

2

the pending motion, asking this court to "apply" the Fourth Circuit's decision to grant him in forma pauperis and "waive" the fee associated with this appeal. DE 40. As this court has previously reminded Appellant, "[a] statement that Appellant has received IFP status from another court in another case will be insufficient" to justify waiving his filing fees in the instant case. DE 15 at 4. Accordingly, Appellant's motion, DE 40, is DENIED.

Appellant knew, both from this court's order, DE 35, and the Fourth Circuit's opinion, DE 29, this court intended to reenter the fee order. When this court reentered that order, it reminded Appellant, as it has time and time again, that his failure to pay the associated filing fee would "subject this appeal to dismissal." DE 39. To date, Appellant still has not paid the filing fee for this appeal, in violation of this court's order. After several months and several opportunities, Appellant has never shown cause why he should not be required to pay the filing fee. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE. Appellant's motion to amend his complaint, DE 41, is therefore DENIED AS MOOT.

SO ORDERED this 6th day of October, 2025.

_Richard E. Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE