UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PAUL SHARPE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER SPARK, MARK EASTHAM, )<br>DANIEL MATTHEW SHOAF, )<br>)<br>Defendants. )<br>)<br>) | **JUDGMENT**<br>**4:21-CV-64-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that This matter comes before the court on Appellant's "Motion for Application of Fourth Circuit Granting and Determining in Forma Pauparis." DE 40.  that motion is DENIED, and this appeal is DISMISSED WITHOUT PREJUDICE. Appellant's Motion to Amend Complaint, DE 41, is therefore DENIED AS MOOT.

This Judgment filed and entered on October 6, 2025, and copies to:
Robert Paul Sharpe (via CM/ECF electronic notification)
John Bircher, III (via CM/ECF electronic notification)
Thomas S. Babel (via CM/ECF electronic notification)
Elizabeth Castle Taylor (via CM/ECF electronic notification)

October 6, 2025

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk